IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD CHAVEZ,

    Plaintiff,

v.                                                                          CIV No. 23-0574 JCH/GJF

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCIES

**THIS MATTER** is before the Court on Plaintiff's *pro se* Letter Regarding Civil Rights Claims [ECF 1] (Letter). The Letter indicates he wishes to file a 42 U.S.C. § 1983 prisoner civil rights complaint. On July 10, 2023, the Clerk's Office sent Plaintiff a blank § 1983 complaint and a blank motion to proceed *in forma pauperis*. Plaintiff has not returned the completed forms.

Accordingly, **IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an account statement reflecting transactions for a six-month period. The failure to timely comply with both directives may result in dismissal without further notice.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE